# IN THE SUPREME COURT OF THE STATE OF NEVADA

CWNEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY; DOTAN Y. MELECH, AS RECIEVER FOR CWNEVADA NEVADA, LLC,

Appellants,

vs.

4FRONT ADVISORS, LLC, FOREIGN LIMITED LIABILITY,

Respondent.

No. 78499

**FILED**

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellants have filed an unopposed motion to voluntarily dismiss this appeal and a supplement to the motion. The motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 32
James Kohl, Settlement Judge
Holley Driggs/Las Vegas
Snell & Wilmer, LLP/Las Vegas
Snell & Wilmer/Phoenix
Eighth District Court Clerk

21-30366